1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE DISTRICT OF NEVADA**

10

11    CORY T. EASTWOOD,

CASE NO.:  3:09-cv-00656-LRH-VPC

12              Plaintiff,

District Court Case No. CV-09-03101

13       v.

Department No. 1

14    LEHMAN BROTHERS BANK, FSB, a Federal
Savings Bank, STEWART TITLE OF

15    NORTHERN NEVADA, QUALITY LOAN
SERVICE CORPORATION, a California

**STIPULATION TO EXTEND DATE FOR
DEFENDANTS TO FILE RESPONSIVE
PLEADING;** ORDER

16    Corporation, MERSCORP, INC. a Virginia
corporation, MORTGAGE ELECTRONIC

17    REGISTRATION SYSTEM, INC., a subsidiary of
MERSCORP, INC. a Delaware corporation,

18    [MERS];  AURORA LOAN SERVICES,
VILLAGE FUNDING, KEVIN CAVALLI,

19    individually; and DOES 1-25 CORPORATIONS,
DOES and ROES 1-25, [Partnerships, or anyone

20    claiming any interest to the property described in
the action.

21
22              Defendants.

23          Pursuant to LR 6-1 and LR 7-1, Plaintiff Cory T. Eastwood and Defendants, Aurora Loan

24    Services, LLC (hereinafter, "Aurora") and Lehman Brothers Bank, FSB (hereinafter, "LBB") by and

25    through their undersigned counsel of record, hereby jointly submit the following stipulation:

26          WHEREAS, Defendants removed this matter to the U.S. District Court District of Nevada,

27    on November 5, 2009;

28          WHEREAS, counsel for Plaintiff is agreeable, as a courtesy, to extending the date for

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

1

**STIPULATION TO EXTEND TIME TO RESPOND**

1  Defendants to file an answer or other response until December 18, 2009;

2          THEREFORE, the Parties now hereby stipulate that the date for Defendants to file an answer

3  or other responsive pleading should be extended until December 18, 2009;

4          IT IS SO STIPULATED.

5  DATED:  November 16, 2009                        DATED:  November 16, 2009

6  WOLFE & WYMAN LLP                                RICK LAWTON, ESQ.

7

8  By:/s/ Colt B. Dodrill                           By: /s/  Rick Lawton
      COLT B. DODRILL, ESQ.                              RICK LAWTON, Esq.
9     Nevada Bar No. 9000                                Nevada Bar No. 694
      980 Kelly Johnson, Suite 140                       5435 Reno Highway
10    Las Vegas, NV 89119                                Fallon, Nevada  89406

11    Attorneys for Defendants,                          Attorneys for Plaintiff,
      **AURORA LOAN SERVICES,**                          **CORY T. EASTWOOD**
12    **LLC and LEHMAN BROTHERS**
      **BANK,  FSB**
13

14

15

16

17  \\WWLV\Share\Matters\Aurora Loan Services Inc. (1331)\062 (Eastwood)\Pleadings\Stip to Extend Time to Respond.doc

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND**

## ORDER

Pursuant to LR 6-1 and LR 7-2, and the stipulation of the Parties, the date for Defendants AURORA LOAN SERVICES, LLC and LEHMAN BROTHERS BANK,  FSB to file an answer or responsive pleading is hereby extended until December 18, 2009.

DATED this 19th day of November, 2009.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE