

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9
DISTRICT OF NEVADA

10
(NORTHERN DIVISION - RENO)

11   CORY T. EASTWOOD,                          Case No. 3:09-cv-00656-LRH-VPC

12                   *Plaintiff,*

13   vs.

14   LEHMAN BROTHERS BANK, FSB, a Federal      **STIPULATION AND ORDER FOR**
     Savings Bank, STEWART TITLE OF            **EXTENSION OF TIME TO ANSWER OR**
15   NORTHERN NEVADA, QUALITY LOAN             **OTHERWISE RESPOND TO**
     SERVICE CORPORATION, MERSCORP,            **COMPLAINT**
16   INC., a Virginia corporation, MORTGAGE
     ELECTRONIC REGISTRATION SYSTEM,           **(FIRST REQUEST)**
17   INC., a subsidiary of MERSCORP, INC., a
     Delaware corporation, [MERS]; AURORA
18   LOAN SERVICES, VILLAGE FUNDING,
     KEVIN CAVALLI individually; and DOES 1-
19   25 CORPORATIONS, DOES and ROES 1-25
     Individuals, [Partnerships, or anyone claiming
20   any interest to the property described in the
     action,
21

22                   *Defendants.*

23

24         Plaintiff Cory T. Eastwood and Defendants MERSCORP, Inc. and Mortgage Electronic

25   Registration Systems, Inc. (collectively, "MERS") enter into this stipulation for an extension of

26   time for MERS to respond to the Complaint, in order to promote efficiency, as Plaintiff has filed a

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169

Motion to Remand this case to state court (Doc. # 4). Plaintiff and MERS stipulate and agree to the following:

1.  MERS shall have up to and including **60 days** from entry of this order to answer or otherwise respond to the complaint in the above-captioned matter or **20 days** from the resolution of Plaintiff's Motion to Remand (Doc. # 4) should the Court enter an order resolving Plaintiff's Motion to Remand and any oppositions filed in response before the expiration of the 60-day period.

2.  Plaintiff shall file an opposition, if any, on or before thirty days after MERS files its responsive pleading.

3.  MERS shall file a reply, if any, on or before twenty-one days after plaintiff files his opposition.

4.  Participation in this Stipulation does not waive or otherwise operate to prejudice MERS' rights to raise any appropriate defense, counterclaim, crossclaim or third party claim

Respectfully submitted, November 24, 2009

/s/ Rick Lawton_____
Rick Lawton, Esq.
Nevada Bar No. 694
Law Offices of Rick Lawton
5435 Reno Highway
Fallon, Nevada  89407
*Attorneys for Plaintiff*

/s/ Erica J. Stutman_____
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Erica J. Stutman, Esq.
Nevada Bar No. 10794
Snell & Wilmer, L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendants MERSCORP, Inc. and*
*Mortgage Electronic Registration Systems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED:  December 7, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169