1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                    * * *
                                       )
9   CORY T. EASTWOOD,                   )
                                       )
10                  Plaintiffs,         )              3:09-cv-00656-LRH-VPC
                                       )
11   v.                                 )
                                       )              <u>ORDER</u>
12  LEHMAN BROTHERS BANK, FSB; et al.,  )
                                       )
13                  Defendants.         )
    _____ )

14
            Before the court is defendants' motion to stay the proceedings pending a decision of the

15  Judicial Panel on Multidistrict Litigation. Doc. #28[1].

16  **I.      Facts and Procedural History**

17          In 2009, the United States Judicial Panel on Multi-District Litigation ("panel") consolidated

18  numerous cases in which plaintiffs allege that MERS engaged in improper business practices when

19  processing home loans. The panel assigned Judge Teilborg in the District of Arizona to oversee

20  these cases, and he will preside over all issues (discovery, dispositive motions, settlement) except

21  for trials. *In re: Mortgage Electronic Registration Systems (MERS) Litigation*, MDL No. 2119. In

22  its decision to create this MDL litigation, the Panel consolidated nine cases from Nevada, but noted

23  that additional "tag-along" cases with similar factual issues could be added to the list of

24  consolidated cases.

25

26  _____

            [1] Refers to the court's docket entry number.

1    Following the panel's decision, MERS moved to add numerous "tag-along" cases

2  to the MDL, one of which is the current matter *Eastwood v. Lehman Brothers Bank, FSB*, 3:09-cv-

3  0656-LRH-VPC. The panel ruled on MERS's tag-along motions in a series of letters issued in

4  December 2009, and January and February 2010. The panel granted MERS' request to add the

5  present case to the pending multi-district litigation, but only as to those individual claims that

6  "relate to the formation and/or operation of MERS." The Panel further indicated that "all claims in

7  these actions that are unrelated to the formation and/or operation of the MERS system are

8  separately and simultaneously remanded" to the district court in which they were first brought.

9  **II.    Discussion**

10    In the present matter, MERS filed a motion to stay the proceedings until the panel issued an

11  order on MERS's tag-along motions and determined whether the present matter would be

12  consolidated. The panel has already issued an order transferring this matter to MDL thereby

13  alleviating MERS's expressed need for a stay as illuminated in the present motion.

14    However, the court notes that MERS and the many individual plaintiffs in the tag-along

15  cases have filed motions with Judge Teilborg in which they dispute which claims should be part of

16  the MDL and which should be remanded to their original district. Judge Teilborg will be deciding

17  these issues once the matter is fully briefed. Because of the high volume of cases involved in these

18  motions, it will be a number of months until Judge Teilborg has ruled on all of the issues affecting

19  this case. Thus the court finds that moving forward with the present matter would be improper until

20  it is determined which defendants and claims are to be remanded to this court. Accordingly, the

21  court hereby stays all proceedings in this case until Judge Teilborg's ruling.

22  \\\

23  \\\

24  \\\

25  \\\

26

1        IT IS THEREFORE ORDERED that defendants' motion to stay (Doc. #28) is GRANTED.

2        IT IS FURTHER ORDERED that all proceedings in this case are STAYED pending Judge

3    Teilborg's order to remand defendants and claims back to this court.

4        IT IS SO ORDERED.

5        DATED this 5th day of March, 2010.

6

7                                    _____

8                                    LARRY R. HICKS
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                          3