UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY T. EASTWOOD,<br><br>        Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS BANK, FSB; et al.,<br><br>        Defendants. | 3:09-cv-00656-LRH-PAL<br><br>ORDER |

Before the court is defendant Stewart Title of Northern Nevada's ("Stewart Title") motion to dismiss filed on February 3, 2011. Doc. #63.

On February 18, 2011, the court granted the parties stipulation to dismiss Stewart Title as a defendant in this action. Doc. #65. Therefore, Stewart Title's present motion to dismiss is moot and the court shall deny the motion accordingly.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #63) is DENIED as moot.

IT IS SO ORDERED.

DATED this 3rd day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE