# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORY T. EASTWOOD,<br><br>       Plaintiff,<br>   v.<br><br>LEHMAN BROTHERS BANK, FSB, a Federal Savings Bank, STEWART TITLE OF NORTHERN NEVADA, QUALITY LOAN SERVICE CORPORATION, a California Corporation, MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC. a Delaware corporation, [MERS]; AURORA LOAN SERVICES, VILLAGE FUNDING, KEVIN CAVALLI, individually; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25, [Partnerships, or anyone claiming any interest to the property described in the action.<br><br>       Defendants. | CASE NO.: 3:09-cv-00656-LRH-VPC<br><br><br>ORDER EXPUNGING LIS PENDENS |

Pursuant to N.R.S. 14.015, Defendants, AURORA LOAN SERVICES, LLC (hereinafter, "Aurora") and LEHMAN BROTHERS BANK, FSB, now known as AURORA BANK, FSB (hereinafter, "LBB"), through their undersigned counsel of record, filed a Motion to Expunge Lis Pendens (Docket No. 66). There was no Opposition. This Court GRANTED the Motion (Docket No. 70.).

The Court having considered the moving papers, its own files and good cause appearing HEREBY ORDERS AS FOLLOWS:

1

1   IT IS HEREBY ORDERED that document entitled "Lis Pendens" recorded on October 15,
2   2009 as Document No. 3811760 in the official records of the Washoe County Recorder's Office, is
3   hereby expunged.
4   IT IS FURTHER ORDERED that a copy of this Order can be filed with the Washoe County
5   Recorder's Office and the applicable chain of title for the subject property particularly described as:

6   File Number: 603444

7   Lot 30 of HIGHLAND VISTA according to the map thereof No. 4593 recorded in
    the office of the County Recorder of Washoe County, State of Nevada on January
8   12, 2006 as File No. 3335430 in the Official Records.

9   SUBJECT TO Covenants, Conditions and Restrictions recorded January 12, 2006
10  as Document No. 3335431, Official Records, Washoe County, Nevada and any
    and all amendments thereto.
11
12  Assessor's Parcel Number 003-832-18

13  Commonly known as 340 Orrcrest Drive, Reno, Nevada 89506.

15  IT IS SO ORDERED.

16  DATED this 16th day of May, 2011.

18                                          _____
                                            LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE